UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MICHAEL D. ALLISON,<br><br>    Plaintiff,<br><br>    v.<br><br>CITY OF BRIDGEPORT, IL, a municipality in Lawrence County, MAX SCHAUF, individually and in his capacity as Mayor of Bridgeport, ROBERT NESTLEROAD, individually and in his capacity as Chief of Police of Bridgeport, DANNY ASH, individually and in his capacity as police officer and acting Chief of Police of Bridgeport; TORY GARRARD, individually and in his capacity as owner of Garrard Towing and Repair, the designated towing agent for Bridgeport,<br><br>    Defendants. | Case No. 05-cv-4206-JPG |

## MEMORANDUM AND ORDER

This matter comes before the Court on review of plaintiff Michael D. Allison's Amended Complaint (Doc. 9). The Court notes that the filing does not comply with the Federal Rules of Civil Procedure and/or Local Rules in the following ways:

• new material in the amended pleading is not underlined as required by Local Rule 15.1.

The Court firmly believes that "procedural rules are important and that infractions of those rules should not be tolerated by the courts. Otherwise, the rules themselves will not be taken seriously, and eventually they may exist in name only, honored in the breach." *Kovilic Constr. Co., Inc., v. Missbrenner*, 106 F.3d 768, 770 (7th Cir. 1997). Accordingly, the Court hereby **ORDERS** that the Amended Complaint (Doc. 9) be **STRICKEN** for failure to comply with the Federal Rules of Civil Procedure and/or the Local Rules, as noted above. Should the plaintiff wish to file another amended complaint, he may do so without seeking leave of Court.

**IT IS SO ORDERED.**
**DATED: June 12, 2006**

s/ J. Phil Gilbert<br>
<b>J. PHIL GILBERT</b><br>
<b>DISTRICT JUDGE</b>