UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MICHAEL D. ALLISON,<br><br>       Plaintiff,<br><br>  v.<br><br>CITY OF BRIDGEPORT, IL, a municipality in Lawrence County, MAX SCHAUF, individually and in his capacity as Mayor of Bridgeport, ROBERT NESTLEROAD, individually and in his capacity as Chief of Police of Bridgeport, DANNY ASH, individually and in his capacity as police officer and acting Chief of Police of Bridgeport; and TRENT MASTERSON, individually and in his capacity as police officer of Bridgeport,<br><br>       Defendants,<br><br>  and<br><br>TORY GARRARD, individually and in his capacity as owner of Garrard Towing and Repair, the designated towing agent for Bridgeport<br><br>       Defendant/Cross-Claimant,<br><br>  v.<br><br>CITY OF BRIDGEPORT, IL, a municipality in Lawrence County, MAX SCHAUF, individually and in his capacity as Mayor of Bridgeport, ROBERT NESTLEROAD, individually and in his capacity as Chief of Police of Bridgeport, DANNY ASH, individually and in his capacity as police officer and acting Chief of Police of Bridgeport; and TRENT MASTERSON, individually and in his capacity as police officer of Bridgeport,<br><br>       Cross-Defendants. | Case No. 05-cv-4206-JPG |

**MEMORANDUM AND
ORDER TO SHOW CAUSE**

      This matter comes before the Court for case management purposes. Defendant Tory Garrard filed a cross-claim in this action on February 23, 2007. The cross-defendants did not respond in a timely manner, yet Garrard has not moved for default pursuant to Federal Rule of Civil Procedure 55(a).

      The Court hereby **ORDERS** Garrard to **SHOW CAUSE** on or before May 11, 2007,

why his cross-claims should not be dismissed for lack of prosecution pursuant to Federal Rule of Civil Procedure 41(b) and the Court's inherent authority to manage its docket. *See In re Bluestein & Co.*, 68 F.3d 1022, 1025 (7th Cir. 1995). Failure to respond in a timely manner to this order may result in dismissal of Garrard's cross-claims. The plaintiffs' filing of a proper motion for entry of default pursuant to Rule 55(a) shall be a satisfactory response to this order to show cause.

**IT IS SO ORDERED.**
**DATED: April 27, 2007**

                                                s/ J. Phil Gilbert
                                                **J. PHIL GILBERT**
                                                **DISTRICT JUDGE**