UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MICHAEL D. ALLISON,<br><br>    Plaintiff,<br><br>v.<br><br>CITY OF BRIDGEPORT, IL, a municipality in Lawrence County, MAX SCHAUF, individually and in his capacity as Mayor of Bridgeport, ROBERT NESTLEROAD, individually and in his capacity as Chief of Police of Bridgeport, DANNY ASH, individually and in his capacity as police officer and acting Chief of Police of Bridgeport; TORY GARRARD, individually and in his capacity as owner of Garrard Towing and Repair, the designated towing agent for Bridgeport,<br><br>    Defendants. | Case No. 05-cv-4206-JPG |

## JUDGMENT

This matter having come before the Court, and the Court having granted the plaintiff's motion for voluntary dismissal,

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed without prejudice and without costs.

**NORBERT JAWORSKI, CLERK**

**Dated: September 11, 2008**                   s/Brenda K. Lowe, Deputy Clerk

**Approved:**   s/ J. Phil Gilbert
                  **J. PHIL GILBERT**
                  **DISTRICT JUDGE**